UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-03301 DSR                                Date: August 13, 2026

Title     Luis Francisco Garcia Salas v. Markwayne Mullin, et al.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION (DOC. NO. 13)**

Before the Court is Petitioner's "Application for Leave to File First Amended Petition for Writ of Habeas Corpus," filed August 12, 2026.  Doc. No. 13.  While Petitioner is correct that, as a habeas corpus case under 28 U.S.C. § 2241, this case is exempt from the meet-and-confer requirement of Local Rule 7-3, see Local Rule 16-12(a), it is not exempt from the motion requirements under Local Rule 6-1 ("Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by written notice of motion.").  Nor has Petitioner complied with the requirements for ex parte relief.  See Local Rule 7-19 and this Court's Procedures and Schedules for Ex Parte Applications, available on the Court's website.

In order to give Respondents an opportunity to be heard on Petitioner's Motion for Leave to Amend, but understanding the need for expedited resolution of habeas corpus matters, the Court will not strike Petitioner's Motion for non-compliance with Local Rule 6-1, but instead sets a modified briefing schedule on the Motion as follows:  Respondents' deadline under Local Rule 7-9 (for either an opposition or written statement of non-opposition) is August 19th.  Petitioner's deadline under Local Rule 7-10 is August 26th.  Thereafter, the Court will take the Motion for Leave to Amend under submission and issue a written ruling.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03301 DSR                                                    Date: August 13, 2026

Title      Luis Francisco Garcia Salas v. Markwayne Mullin, et al.

If leave to amend is granted, the Court will set a new briefing schedule on the First Amended Petition, likely close to the expedited schedule established in General Order 26-05.  If either side wishes to be heard in that regard, however, they should include their position in their opposition or reply to the Motion for Leave to Amend.

**IT IS SO ORDERED.**

|   | : |
|---|---|
| **Initials of Preparer** | LK |